**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**DEC 29 2006**

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

JAN 17 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 1726

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS
PRODUCTS LIABILITY LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

06-cv-02501-JLK   *(SEE ATTACHED SCHEDULE)*   JAN 26 2007

**CONDITIONAL TRANSFER ORDER (CTO-23)**   GREGORY C. LANGHAM
CLERK

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1351 (J.P.M.L. 2005). Since that time, 141 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 17 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

True copy in ____2____ s____
the record in my custody,
CERTIFIED, __1/24/07__ 20__
Richard D. Sletten, Clerk
BY: _____
Deputy Clerk

SCANNED
JAN 22 2007

## SCHEDULE CTO-23 - TAG-ALONG ACTIONS
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| ALABAMA NORTHERN | | |
| ALN 5 06-4785 | Marion Copeland, etc. v. Medtronic Corp. | 07-279 |
| COLORADO | | |
| CO 1 06-2501 | Cindy A. Lussier, et al. v. Medtronic, Inc. | 07-280 |
| GEORGIA SOUTHERN | | |
| GAS 2 06-290 | Patricia Ann Leggett, etc. v. Medtronic Corp. | 07-281 |
| MISSOURI EASTERN | | |
| MOE 4 06-1719 | Richard Rogers v. Medtronic, Inc., et al. | 07-282 |
| OHIO SOUTHERN | | |
| OHS 1 06-847 | Michael Downing v. Medtronic, Inc. | 07-283 |